UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEVEN R. WILLIAMS                                         CIVIL ACTION

VERSUS

LYNDA VAN DAVIS, ET AL.                          NO.: 17-00518-BAJ-EWD

### RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 5)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses *pro se* Plaintiff's Complaint (Doc. 3). *Pro se* Plaintiff, an inmate confined at the Louisiana State Penitentiary, Angola, Louisiana, filed the instant Complaint pursuant to 42 U.S.C. § 1983 against criminal defense attorney Lynda Van Davis and Orleans Parish City Councilman Jason Roger Williams, alleging a denial of due process in connection with the manner in which his criminal proceedings were conducted in 2005 in the Eastern District of Louisiana. (Doc. 5 at p. 2). Because Defendants and the principal witnesses related to Plaintiff's claims may be located in the Eastern District, the Court believes that it is in the interest of justice to transfer this case to the Eastern District. (*Id.*). The Magistrate Judge recommended that this matter be transferred to the Eastern District for further proceedings. (*Id.* at p. 3). The Magistrate Judge further recommended that a determination regarding Plaintiff's entitlement to proceed *In Forma Pauperis* (Doc. 1) be deferred to the transferee court for resolution and disposition. (Doc. 5 at p. 3).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 5 at p. 1). Neither party objected. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 5)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that this matter be **TRANSFERRED** to the Eastern District of Louisiana for further proceedings.

Baton Rouge, Louisiana, this 30th day of January, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA