UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN R. WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 18-1003 |
| LYNDA VAN DAVIS ET AL. | SECTION "A"(2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE**, either as legally frivolous, for failure to state a claim or on immunity grounds under 28 U.S.C. § 1915(e)(2), or under Heck v. Humphrey, 512 U.S. 477 (1994).

March 23, 2018

_____
UNITED STATES DISTRICT JUDGE